IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GARLON ELLIS,

    Petitioner,

v.                                        No.  CIV 08-0120 RB/RLP

ROBERT ULIBARRI, Warden, *et al.*,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DENYING MOTIONS

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 14), filed on June 12, 2008. Petitioner failed to file objections to the Magistrate Judge's Report and Recommendation within the ten-day period provided by 28 U.S.C. § 636(b)(1)(C).  The Court finds that the Magistrate Judge's Proposed Findings and Recommended Disposition should be adopted.

Based on the foregoing, Respondent's Motion to Consolidate Federal Habeas Corpus Proceedings (Doc. 15), filed on June 12, 2008, will be denied as moot.  Petitioner's Motion for Voluntary Dismissal (Doc. 16), filed on July 10, 2008, which was after the time for filing objections had lapsed, will be denied.    A Judgment consistent with this Order shall issue.

    **IT IS SO ORDERED.**

                                                                _____
                                                                 **ROBERT C. BRACK**
                                                                 **UNITED STATES DISTRICT JUDGE**